UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS BODNAR,<br><br>        Plaintiff,<br><br>    v.<br><br>STEPHANIE CLENDENIN, et al.,<br><br>        Defendants. | Case No.: 1:25-cv-01019-SKO<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS**<br><br>(Doc. 2) |

Plaintiff Thomas Bodnar, a civil detainee, is appearing pro se in this civil rights action.

Following reassignment to the undersigned on October 6, 2025, (*see* Doc. 6), and a review of the docket for this action, the Court will grant Plaintiff's application to proceed *in forma pauperis*. (Doc. 2.)

Individuals detained pursuant to California Welfare and Institutions Code § 6600 et seq. are civil detainees and are not prisoners within the meaning of the Prison Litigation Reform Act. *Page v. Torrey*, 201 F.3d 1136, 1140 (9th Cir. 2000). Examination of Plaintiff's application reveals that Plaintiff is unable to afford the costs of this action.  Accordingly, the motion to proceed *in forma pauperis* is **GRANTED**.

IT IS SO ORDERED.

Dated:   **November 5, 2025**              /s/ *Sheila K. Oberto*

UNITED STATES MAGISTRATE JUDGE

2