UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS BODNAR,<br><br>                    Plaintiff,<br><br>        v.<br><br>STEPHANIE CLENDENIN, et al.,<br><br>                    Defendants. | Case No.: 1:25-cv-01019-SKO<br><br>**ORDER REGARDING PLAINTIFF'S FILINGS SUBMITTED FEBRUARY 27, 2026** |

Plaintiff Thomas Bodnar is appearing pro se and *in forma pauperis* in this civil rights action.

## I.        INTRODUCTION

On February 27, 2026, Plaintiff filed an Application to Proceed in District Court Without Prepaying Fees or Costs (Doc. 9) and an Emergency Motion for Preliminary Injunction [Enjoining] Enforcement of California Code of Regulations Title 9 Section 4014 as Unconstitutional Under the Due Process Clause of the Fourteenth Amendment (Doc. 10).

## II.        DISCUSSION

The Court issued an Order Granting Application to Proceed In Forma Pauperis, (Doc. 7), on November 5, 2025. Thus, Plaintiff's application filed February 27, 2026, will be denied as moot.

Plaintiff is advised that his motion for injunctive relief will be addressed in due course. This Court is one of the busiest district courts in the nation and all judges carry heavy caseloads, thus delays while unfortunate, are inevitable.

Finally, the Court notes a preliminary review of the motion reveals Plaintiff seeks a preliminary injunction. (Doc. 10 at 1, 9, 13-14.) The Federal Rules of Civil Procedure provide that a preliminary injunction may issue "only on notice to the adverse party." Fed. R. Civ. P. 65(a)(1). Here, the Court notes that screening of Plaintiff's complaint has not yet occurred and no defendant has been served or appeared in the action. (*See* Doc. 3 at 3-4 [First Informational Order in Prisoner/Civil Detainee Civil Rights Action, III. SCREENING OF COMPLAINTS & IV. SERVICE OF DOCUMENTS].) Nor did Plaintiff serve his motion on any adverse party or named defendant. The Court will endeavor to screen Plaintiff's complaint and to issue findings and recommendations concerning the emergency motion for preliminary injunction as soon as it is able. Nevertheless, as referenced above, the undersigned carries a heavy caseload, including numerous prisoner complaints awaiting screening and motions awaiting determination.

**III.    CONCLUSION AND ORDER**

For the foregoing reasons, the Court **HEREBY ORDERS** that Plaintiff's application to proceed in forma pauperis filed February 27, 2025 (Doc. 9) is **DENIED** as moot. Plaintiff's original complaint and motion will be screened and addressed, respectively, in due course.

IT IS SO ORDERED.

Dated:    **March 8, 2026**                           /s/ *Sheila K. Oberto*
                                                                 UNITED STATES MAGISTRATE JUDGE

2